United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 28, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | Case No. 21-33254 |
| AMERICAN AIDA AVILA, § | (Chapter 13) |
| DEBTOR | |

## ORDER CONTINUING HEARING ON AUTOMATIC STAY

The hearing on Texas Specialty Homes, L.P.'s notice of termination of automatic stay is continued to January 11, 2022 at 9:30 a.m. All foreclosure actions are stayed.

Signed: December 28, 2021

_____
Christopher Lopez
United States Bankruptcy Judge

1